No. 00–8692. MOORE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–8694. MORA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 00–8700. ROLLE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–8701. QUINTANA-TORRES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–8706. WILLIAMS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–8708. MASVIDAL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–8712. WALTER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–8715. LEYVA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–8716. FREENEY v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 00–1196. WAL-MART STORES, INC. v. ROGERS; and
No. 00–1206. ROGERS v. WAL-MART STORES, INC. C. A. 6th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of these petitions. Reported below: 230 F. 3d 868.

No. 00–1212. ALABAMA v. GRIFFIN. Sup. Ct. Ala. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.